UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION AT LEXINGTON**

| | | |
|---|---|---|
| LENORE CRUTCHFIELD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Case No. |
| v. | ) | 5:17-cv-443-JMH |
| | ) | |
| NANCY C. BERRYHILL, | ) | **FINAL JUDGMENT** |
| ACTING COMMISSIONER OF SOCIAL | ) | |
| SECURITY,[1] | ) | |
| | ) | |
| Defendant. | ) | |

*** 

In accordance with Rule 58 of the Federal Rules of Civil Procedure and pursuant to 42 U.S.C. § 405(g), it is hereby **ORDERED** and **ADJUDGED** as follows:

(1) The administrative decision of the Commissioner of Social Security is **AFFIRMED** and Judgment is entered in favor of the Commissioner with respect to all issues raised herein.

(2) This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

(3) All issues properly raised herein having been resolved, this action is **DISMISSED** and **STRICKEN** from the Court's active docket.

This the 19th day of September, 2019.

---

[1] Andrew Saul was sworn in as the Commissioner of Social Security on June 17, 2019. Still, Nancy Berryhill was serving as Acting Commissioner of Social Security when this action was filed.


Signed By:
*Joseph M. Hood*
Senior U.S. District Judge